IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY WEATHINGTON,

    Petitioner,

vs.

MAYBERG, et al.,

    Respondents.

    No. CIV S-07-0925 FCD DAD P

1:07 - CV - 0870 OWW WMW HC

ORDER

    Petitioner, a civil detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This case was transferred to this court from the U.S. District Court for the Central District of California. In his application, petitioner contends that standardized assessment protocols were not lawfully adopted by the California Department of Mental Health and that this invalidates past and present civil commitment petitions which have been used to detain petitioner under California's Sexually Violent Predators Act. He names the Director of the Department of Mental Health and the Executive Director of the Coalinga State Hospital as respondents. Petitioner is presently confined at Coalinga State Hospital, which is located in the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). He was also confined at that institution at the time he filed the instant petition.

1

1       Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

      Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: June 15, 2007.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
wcat0925.109